*Frederick Evan Crane, Irvine J. Shubert* and *Abraham Tannenbaum* for appellants.

*Charles P. Sullivan,* District Attorney (*Edmund C. Rowan* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

LOFT, INC., Respondent, *v.* MILES REALTY Co., INC., et al., Appellants.

Argued March 5, 1942; decided April 23, 1942.

*David W. Kahn* and *Charles L. Fleece* for appellants.

*Adolph G. Kraus* and *Joseph A. Michel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.